

# Fourth Court of Appeals
## San Antonio, Texas

January 27, 2017

No. 04-16-00628-CV

**IN RE** Juan **ROBLES**

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-06761
Honorable Peter A. Sakai, Judge Presiding

# O R D E R

Sitting:      Karen Angelini, Justice
Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice

The panel has considered the Relator's Motion for Rehearing, and the motion is DENIED.

It is so **ORDERED** on January 27, 2017.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle, Clerk